AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Pate | ) | Case No. |
| DOB: | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 27, 2013 to June 6, 2018 in the county of Washington, DC in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances; |
| 21 U.S.C. §§ 841(a) & 846 | Conspiracy; |
| 21 U.S.C. § 952(a) | Importation of Controlled Substances; |
| 18 U.S.C. § 1956(a)(2) | Laundering of Monetary Instruments; |
| 18 U.S.C. § 1956(h) | Conspiring to Launder Monetary Instruments |

This criminal complaint is based on these facts:

See Attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Christopher Janczewski
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/06/2019

*Judge's signature*

City and state: Washington, DC    Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*