**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO.:** |
| v. | : | |
| | : | |
| **DAVID B. PATE,** | : | **FILED UNDER SEAL** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the government's motion to seal the accompanying criminal complaint, affidavit, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

**FINDINGS OF FACT**

The public docketing at this time of any notice that the government has filed a motion to seal the criminal complaint and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize an ongoing criminal investigation and place the personal safety of parties involved in the covert investigation, at substantial risk.

Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this \_\_ day of _____, \_\_\_\_ hereby

ORDERED that this Order, and the attached government motion to seal the criminal complaint and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the criminal complaint, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the criminal complaint, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

For clarity, this Order does not prohibit or limit the government from sharing any of the proceedings and all pleadings, records and files in this case for the limited purpose of providing required information to the law enforcement officers and diplomatic personal involved in the investigation of this case or assisting in the apprehension and extradition of the defendant.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge
  for the District of Columbia