# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 19-MJ-227 |
| v. | : | |
| DAVID PATE, | : | UNDER SEAL |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Laura Crane is entering her appearance in the above-captioned matter in substitution for former Assistant United States Attorneys Youli Lee and Zia Faruqui.

Respectfully submitted,

Channing D. Phillips
Acting U.S. Attorney
D.C. Bar No. 415793

By:  /s/ Laura Crane
LAURA CRANE
Assistant United States Attorney
DC Bar No. 992454
555 4th Street, N.W., Room 4824
Washington, D.C. 20001
(202) 252-7667
Laura.crane@usdoj.gov