# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 19-MJ-227 |
| v. | : | |
| **DAVID PATE,** | : | **UNDER SEAL** |
| **Defendant.** | : | |

## MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to unseal the above-captioned case. In August of 2020, Defendant Pate was indicted in case number 20-CR-150 (JEB). The indictment is not under seal and there is no reason that the prior Complaint needs to remain under seal.

Respectfully submitted,

Channing D. Phillips
Acting U.S. Attorney
D.C. Bar No. 415793

By: /s/ Laura Crane
LAURA CRANE
Assistant United States Attorney
DC Bar No. 992454
555 4th Street, N.W., Room 4824
Washington, D.C. 20001
(202) 252-7667
Laura.crane@usdoj.gov