# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 19-MJ-227** |
| | : | |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **DAVID PATE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO UNSEAL

Based on the United States' representations in the accompanying Motion to Unseal, and for good cause shown, it is, this _____ day of March, 2021, hereby **ORDERED** that the Motion to Unseal is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA